# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| PITMAN AND PENNISULA PLASTIC SURGERY CENTER, LTD. | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: _____ |
| Vs. | ) ) ) | |
| XCENTRIC VENTURES, LLC et al., | ) ) | |
| Defendants. | ) | |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Xcentric Ventures LLC in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities: Creative Business Investment Analysts, Inc.

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Xcentric Ventures LLC in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

December 7, 2016              /s/ Nicole M. Meyer
Date              Signature of Attorney or Litigant
            Counsel for Defendant Xcentric Ventures LLC

PHOENIX 64225-9 339441v1