IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| JOHN M. PITMAN, III | ) | |
| and | ) | |
| PENINSULA PLASTIC SURGERY CENTER, LTD | ) | Civil Action No.: |
|  | ) | 4:16-cv-00179-HCM-DEM |
| *Plaintiffs,* | ) | |
| v. | ) | |
| XCENTRIC VENTURES, LLC | ) | |
| and | ) | |
| EDWARD MAGEDSON | ) | |
| and | ) | |
| DARREN M. MEADE | ) | |
| and | ) | |
| TRACEY A. RICHTER | ) | |
| and | ) | |
| ANNA RICHTER | ) | |
| and | ) | |
| BERT PITMAN (a/k/a BERT RICHTER) | ) | |
| *Defendants.* | ) | |

**ORDER TO REMAND**

This matter is before the Court on Plaintiffs' Motion to Remand [Dkt. No. 7] and Motion to Strike Affidavit of Edward Magedson. [Dkt. No 10]. Upon consideration whereof and there being no opposition to the Motion to Remand, it is hereby

1

**ADJUDGED and ORDERED**

that the Plaintiffs' Motion to Remand is **GRANTED** and that this action be hereby remanded to the Circuit Court for Williamsburg/James City County, Virginia.

The Motion to Strike Affidavit of Edward Magedson is **DENIED** as moot.

Enter: This _____ day of January, 2017

_____
Hon. Henry C. Morgan, Jr.