**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

JOHN M. PITMAN, III, *et al.*,

                Plaintiffs,

- vs -

XCENTRIC VENTURES, LLC.,
*et al.*,

                Defendants.

Civil No.:
4:16-cv-00179-HCM-DEM

## **ORDER**

This matter is before the Court on Edward Magedson and Xcentric Ventures, LLC's Motion to Dismiss for Failure to State a Claim (the "Motion").

Upon consideration of the Motion, any opposition thereto, and the record in this matter, it is therefore ORDERED that the Motion is GRANTED and that this matter is dismissed in its entirely as to Edward Magedson and Xcentric Ventures, LLC.

Dated: _____, 2017                 _____