IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

JOHN M. PITMAN, III, *et al.*,

          **Plaintiffs,**

v.                                           Civil Action No. 4:16cv179

XCENTRIC VENTURES, LLC., *et al.*,

          **Defendants.**


JOHN M. PITMAN, III, *et al.*,

          **Plaintiffs,**

v.                                           Civil Action No. 4:17cv12

XCENTRIC VENTURES, LLC., *et al.*,

          **Defendants.**

## ORDER

Pursuant to Federal Rule of Civil Procedure 42(a), the Court hereby consolidates the above-captioned cases with Civil Action No. **4:16cv179** as they involve similar allegations and common questions of law and fact. The Clerk of Court is hereby **ORDERED** to consolidate case number **4:17cv12** with Civil Action No. **4:16cv179** as the lead case for the purpose of all proceedings.

The Clerk is **REQUESTED** to mail a copy of this Order to all parties and counsel of record.

It is so **ORDERED**.

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge
HENRY COKE MORGAN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, VA
Date: March 2, 2017