# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# (Newport News Division)

| | |
|---|---|
| JOHN M. PITMAN, III, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> XCENTRIC VENTURES, LLC, *et al.*, <br><br> Defendants. | Civil Action No. 4:16-cv-00179 |

## **DEFENDANT ANNA RICHTER'S MOTION TO COMPEL**

Defendant Anna Richter moves this Court, pursuant to Fed. R. Civ. P. 33 and 34, to overrule plaintiffs' objections and compel plaintiffs John M. Pitman, III and Peninsula Plastic Surgery Center, LTD to respond to discovery. On April 5, 2017, Anna Richter served interrogatories and requests for production of documents on both plaintiffs. Plaintiffs objected to all the discovery requests and failed to meaningfully respond and produce responsive documents. The grounds for this motion are set forth in the accompanying memorandum, the contents of which are incorporated herein.

## **Meet And Confer Statement**

Undersigned counsel engaged in good faith efforts to resolve the issues raised in this Motion with counsel for plaintiffs before filing this motion. They were unable to resolve the dispute.

Dated: July 24, 2017

HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930

By: __/s/ Louise T. Gitcheva__
Jesse R. Binnall (VSB #79292)
jbinnall@harveybinnall.com
Louise T. Gitcheva (VSB #86200)
lgitcheva@harveybinnall.com

*Counsel for Anna Richter, Bert Pitman & Tracey A. Richter*

**Certificate of Service**

    I hereby certify that on July 24, 2017, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record.

By:   /s/ Louise T. Gitcheva
Louise T. Gitcheva (VSB #86200)
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
Tel: (703) 888-1943
lgitcheva@harveybinnall.com

*Counsel for Anna Richter, Bert
Pitman & Tracey A. Richter*
