IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| JOHN M. PITMAN, III, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No.: 4:16-cv-00179 |
| ) | |
| XCENTRIC VENTURES, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST
DEFENDANT DARREN M. MEADE**

I, Seth D. Scott, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am a member of the Bar of this Court and a member in the law firm of Stanley & Houchens, LLC. I represent the Plaintiffs in the above-styled action and I am familiar with all the facts and circumstances in this action.

2. I make this affidavit pursuant to Rule 55 of the Federal Rules of Civil Procedure, in support of the Plaintiffs' Request for Entry of Default against Defendant Darren M. Meade.

3. This action is to recover certain damages resulting from the tortious conduct of the various Defendants, including Darren M. Meade.

4. This action was originally filed in the Circuit Court for Williamsburg/James City County, Virginia on October 5, 2016. [Dkt. 1, Ex. A]. This action, however, was removed to this Court on December 7, 2016.

5. Defendant Darren M. Meade was served via Order of Publication which was published once a week for four consecutive weeks in the Orange County Register and posted at

the front door of the United States Courthouse as directed in this Court's Order dated June 8, 2017. [Ecf. No. 77]. A copy was also mailed to Darren M. Meade at his last known address.

6. The Order of Publication required Defendant Darren M. Meade to file responsive pleadings on or before July 28, 2017. [Ecf. No. 78]. An Affidavit of Publication was filed in this Court on August 2, 2017. [Ecf. No. 90]. The Affidavit of Publication establishes that the Plaintiffs are in compliance with the Court's Order dated June 8, 2017 and confirms that the Order of Publication was in fact published for four consecutive weeks in the Orange County Register.

7. Upon information and belief, Defendant Darren M. Meade is an individual but they are a minor, he is not mentally incompetent nor is either a member of the military service of the United States.

8. As of the filing of this Affidavit, Defendant Darren M. Meade has not filed an Answer or presented any other defense and/or objection under the Federal Rules of Civil Procedure.

9. Based upon e-mail and other communications with Darren M. Meade, he is aware of this litigation and has received a copy of the Complaint and certain other pleadings in this matter.

WHEREFORE, Plaintiffs request the entry of Default against Defendant Darren M. Meade

Dated: August 3, 2017

_____
Seth D. Scott, Esq., counsel for Plaintiffs

STATE OF VIRGINIA    )
                     )   To-wit:
COUNTY OF FRANKLIN   )

    I, Debbie Duke-Daly, a Notary Public in and for the City/County and State aforesaid, do hereby certify that Seth D. Scott,, whose name is signed to the foregoing, personally appeared before me in my City/County and State aforesaid this the 3rd day of August, 2017, and acknowledged the same.

    Given under my hand this 3rd day of August, 2017.

*[Signature: Deborah A. Duke-Daly]*

*[Notary Seal: DEBORAH A. DUKE-DALY, NOTARY PUBLIC, REG. #178367, MY COMMISSION EXPIRES 8/31/2020, COMMONWEALTH OF VIRGINIA]*