UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

John M. Pittman, III, et al

    Plaintiffs,

v.                                                       Case No. 4:16cv179

Xcentric Ventures, LLC., et al

    Defendants.

## CLERK'S ENTRY OF DEFAULT

       Default is hereby noted on the docket as to defendant, **Darren M. Meade**, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, this 4th day of August, 2017.

                                               FERNANDO GALINDO, Clerk

                                               By: _____/s/_____
                                                      Angela Farlow, Deputy Clerk