IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| JOHN M. PITMAN, III, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>XCENTRIC VENTURES, LLC., *et al.*, )<br>)<br>*Defendants*. ) | Civil Action No.: 4:16-cv-179 |

### PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANT ANNA RICHTER

Plaintiffs, John M. Pitman, III and Peninsula Plastic Surgery Center, LTD., by counsel, request that Defendant Anna Richter answer the following Requests for Admission in accordance with the requirements of Rule 36 of the Federal Rules of Civil Procedure:

### REQUESTS FOR ADMISSION

1. Admit that the audio recording enclosed herein is a true and accurate recording of your conversation with Tracey Richter on February 2, 2014.

    **RESPONSE:**

2. Admit that your voice is on the audio recording enclosed herein.

    **RESPONSE:**

3. Admit that Tracey Richter's voice is on the audio recording enclosed herein.

    **RESPONSE:**

4. Admit that the voice transcribed as "AR" on the audio recording is your voice.

    **RESPONSE:**



1

Respectfully submitted,

JOHN M. PITMAN, III, and
PENINSULA PLASTIC SURGERY
CENTER, LTD

By: _____
 Of Counsel

Aaron B. Houchens, Esq. (VSB #80489)
STANLEY & HOUCHENS, LLC
13508 Booker T. Washington Hwy.
Moneta, Virginia 24121
540-721-6028 (telephone)
540-721-6405 (facsimile)
ahouchens@shg-law.com

Stephen M. Smith, Esq. (VSB #14362)
Seth D. Scott, Esq. (VSB #80907)
David B. Holt, Esq. (VSB #65564)
THE SMITH LAW CENTER
2100 Kecoughtan Road
Hampton, Virginia 23661
757-244-7000 (telephone)
757-245-7740 (facsimile)
ssmith@braininjurylawcenter.com
sscott@attorneys4injured.com
dholt@attorneys4injured.com

*Counsel for Plaintiffs John M. Pitman, III and Peninsula Plastic Surgery Center, LTD.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent to the following, via e-mail and first class mail, postage prepaid, this 16th day of May, 2017.

David A. Warrington, Esq.
LeClairRyan
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Phone: (703) 647-5926
Fax: (703) 647-5966
david.warrington@leclairryan.com
    *Counsel for Defendant Xcentric Ventures, LLC and Edward Magedson*

Jesse R. Binnall, Esq.
Louise T. Gitcheva, Esq.
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
Tel: (703) 888-1930
jbinnall@harveybinnall.com
lgitcheva@harveybinnall.com
    *Counsel for Defendants Anna Richter, Bert Pitman and Tracey Richter*

_____

