IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Newport News Division)

| | |
|---|---|
| JOHN M. PITMAN, III, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> XCENTRIC VENTURES, LLC, *et al.*, <br><br> Defendants. | Civil Action No. 4:16-cv-00179 |

## DEFENDANT ANNA RICHTER'S OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION

## REQUESTS FOR ADMISSION

For her objections to Plaintiffs' First Set of Requests for Admission, defendant Anna Richter states as follows:

1. Admit that the audio recording enclosed herein is a true and accurate recording of your conversation with Tracey Richter on February 2, 2014.

**OBJECTION:** Anna Richter objects to this request on the grounds that the audio recording was unlawfully or improperly obtained.

2. Admit that your voice is on the audio recording enclosed herein.

**OBJECTION:** Anna Richter objects to this request on the grounds that the audio recording was unlawfully or improperly obtained.

3. Admit that Tracey Richter's voice is on the audio recording enclosed herein.

**OBJECTION:** Anna Richter objects to this request on the grounds that the audio recording was unlawfully or improperly obtained.

4. Admit that the voice transcribed as "AR" on the audio recording is your voice.

**OBJECTION:** Anna Richter objects to this request on the grounds that the audio recording was unlawfully or improperly obtained.

Dated: May 30, 2017                                  ANNA RICHTER
                                                                                  By Counsel

HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1942
Fax: (703) 888-1930

_____
Jesse R. Binnall (VSB #79792)
jbinnall@harveybinnall.com
Louise T. Gitcheva (VSB #86200)
lgitcheva@harveybinnall.com

*Counsel for Defendants Anna Richter,
Bert Pitman & Tracey A. Richter*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2017, I mailed the foregoing via first class mail and sent via email to:

Aaron B. Houchens, Esq. (VSB #80489)
STANLEY & HOUCHENS, LLC
13508 Booker T. Washington Hwy.
Moneta, Virginia 24121
ahouchens@shg-law.com

Stephen M. Smith, Esq. (VSB #14362)
Seth D. Scott, Esq. (VSB #80907)
David B. Holt, Esq. (VSB #65564)
THE SMITH LAW CENTER
2100 Kecoughtan Road
Hampton, Virginia 23661
ssmith@braininjurylawcenter.com
sscott@attorneys4injured.com
dholt@ attorneys4injured.com

*Counsel for Plaintiffs*

David A. Warrington, Esq.
LeClairRyan
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
david.warrington@leclairryan.com

*Counsel for Defendant Xcentric Ventures, LLC and Edward Magedson*

_____
Jesse R. Binnall