IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| JOHN M. PITMAN, III, *et al.*,<br><br>                Plaintiffs,<br><br>      - vs -<br><br>XCENTRIC VENTURES, LLC.,<br>*et al.*,<br><br>                Defendants. | Civil No.:<br>4:16-cv-00179-HCM-DEM<br>4:17-cv-00012-HCM-RJK |

**EDWARD MAGEDSON AND XCENTRIC VENTURE'S, LLC'S**
**<u>MOTION FOR A PROTECTIVE ORDER</u>**

Pursuant to Federal Rule of Civil Procedure 26(c), Edward Magedson ("Magedson") and Xcentric Ventures, LLC ("Xcentric"), respectfully move for entry of a Protective Order to stay discovery pending the resolution of the pending motion to dismiss, or, alternatively, a protective order limiting discovery to non-privileged information that is relevant to the claims and defenses and proportional to the needs of this case and to limit discovery in a manner that comports with the orders in the case of *Xcentric Ventures, LLC, et al., v. Ben Smith*, Case No. 5:15-cv-04008-LTS, pending in the Northern District of Iowa. In support, Magedson and Xcentric submit a memorandum in support filed contemporaneously with this Motion.

Dated: August 17, 2017         Respectfully submitted,

                                              /s/ David A. Warrington
                                              David A. Warrington (VSB No. 72293)
                                              LeClairRyan, A Professional Corporation
                                              2318 Mill Road, Suite 1100
                                              Alexandria, VA 22314
                                              Phone: (703) 647-5926
                                              Fax: (703) 647-5966

david.warrington@leclairryan.com

*Counsel for Edward Magedson and Xcentric Ventures, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all authorized users.

/s/ David A. Warrington
David A. Warrington (VSB No. 72293)
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Phone: (703) 647-5926
Fax: (703) 647-5966
david.warrington@leclairryan.com

*Counsel for Edward Magedson and Xcentric Ventures, LLC*