Gmail - Subpoena directed to Ben Smith



**Seth Scott <seth.d.scott@gmail.com>**

## Subpoena directed to Ben Smith

5 messages

**Kristopher Madsen** <Kristopher.Madsen@stuarttinley.com> Thu, Jul 20, 2017 at 3:12 PM
To: "mcs@jaburgwilk.com" <mcs@jaburgwilk.com>
Cc: Kristopher Madsen <Kristopher.Madsen@stuarttinley.com>, Robert Livingston <Robert.Livingston@stuarttinley.com>, "ahouchens@shg-law.com" <ahouchens@shg-law.com>, "rsmith@shg-law.com" <rsmith@shg-law.com>, "seth.d.scott@gmail.com" <seth.d.scott@gmail.com>

Maria:

I have received another inquiry from Aaron Houchens relative to the subpoena that was served on Ben Smith a number of months ago. As you might recall, we have not responded to that because we are awaiting your input as to what you believe we can provide. Ultimately, I think we need to identify the items you are going to object to, so that Mr. Houchens knows. If we cannot resolve what documents can be produced then we might need to get this in front of a judge.

I am copying Mr. Houchens and his colleagues in on this email as well so that hopefully a dialogue can begin.

I look forward to hearing from you.




Kristopher K. Madsen

Stuart Tinley Law Firm LLP

CenturyLink Building

310 W. Kanesville Blvd., 2nd Floor

P. O. Box 398

Council Bluffs, IA 51502

Telephone: 712.322.4033

Fax: 712.322.6243

Direct Email: madsen.kristopher@stuarttinley.com

This email and all attachments to this email are covered by the Electronic Communications Privacy Act is confidential and may contain attorney-client materials and/or privileged attorney work product that is protected from disclosure. See 18 U.S.C. §§ 2510-2521. This email is intended solely for the addressee(s) named in the header of this email. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email and are not the intended recipient, please call the Stuart Tinley Law Firm, LLP, immediately at 1.712.322.4033 and ask to speak to the sender. Alternatively, please reply to the sender with a message that you have received the email in error, then delete it and any and all copies of the email.

---

**Maria Crimi Speth** <mcs@jaburgwilk.com> Fri, Jul 21, 2017 at 2:53 PM
To: Kristopher Madsen <Kristopher.Madsen@stuarttinley.com>
Cc: Robert Livingston <Robert.Livingston@stuarttinley.com>, "ahouchens@shg-law.com" <ahouchens@shg-law.com>, "rsmith@shg-law.com" <rsmith@shg-law.com>, "seth.d.scott@gmail.com" <seth.d.scott@gmail.com>

Kris:

I thought that I did that. Let me check.





**MARIA CRIMI SPETH** | Shareholder |

602.248.1089




---

**From:** Kathy Mark [mailto:Kathy.Mark@stuarttinley.com] **On Behalf Of** Kristopher Madsen
**Sent:** Thursday, July 20, 2017 12:13 PM
**To:** Maria Crimi Speth
**Cc:** Kristopher Madsen; Robert Livingston; ahouchens@shg-law.com; rsmith@shg-law.com; seth.d.scott@gmail.com
**Subject:** Subpoena directed to Ben Smith

[Quoted text hidden]

---

**2 attachments**



**image002.png**
7K



**image004.jpg**
3K

---

**Maria Crimi Speth** <mcs@jaburgwilk.com> Sat, Jul 22, 2017 at 7:27 PM

To: Kristopher Madsen <Kristopher.Madsen@stuarttinley.com>
Cc: Robert Livingston <Robert.Livingston@stuarttinley.com>, "ahouchens@shg-law.com" <ahouchens@shg-law.com>, "rsmith@shg-law.com" <rsmith@shg-law.com>, "seth.d.scott@gmail.com" <seth.d.scott@gmail.com>

Kris and Rob:

Pursuant to the settlement agreement, I am attaching a list of the objections that Xcentric will make to the subpoena that Stuart Tinley received from John Pitman. Once you let me know whether you have any documents responsive to category 7and 17, Xcentric's counsel will prepare a formal objection letter to counsel for Mr. Pitman. Pursuant to our agreement, we request that you withhold the items objected to pending the resolution of our objections. Please let me know if you have any questions.





**MARIA CRIMI SPETH** | Shareholder |

602.248.1089




---

**From:** Kathy Mark [mailto:Kathy.Mark@stuarttinley.com] **On Behalf Of** Kristopher Madsen
**Sent:** Thursday, July 20, 2017 12:13 PM
**To:** Maria Crimi Speth
**Cc:** Kristopher Madsen; Robert Livingston; ahouchens@shg-law.com; rsmith@shg-law.com; seth.d.scott@gmail.com
**Subject:** Subpoena directed to Ben Smith

Maria:

[Quoted text hidden]

**3 attachments**


**image002.png**
7K


**image004.jpg**
3K


**Pitman subpoena.DOCX**
22K

---

**Aaron Houchens** <ahouchens@shg-law.com> Sun, Jul 23, 2017 at 3:37 PM
To: Maria Crimi Speth <mcs@jaburgwilk.com>, Kristopher Madsen <Kristopher.Madsen@stuarttinley.com>
Cc: Robert Livingston <Robert.Livingston@stuarttinley.com>, rsmith@shg-law.com, seth.d.scott@gmail.com

Maria/Kris,

Gmail - Subpoena directed to Ben Smith

I see there a number of category of documents to which there is no objection. Can you agree to produce responsive documents to the requests to which there are no objections now?

Thanks,

Aaron

---

**From:** Maria Crimi Speth [mailto:mcs@jaburgwilk.com]
**Sent:** Saturday, July 22, 2017 7:28 PM
**To:** 'Kristopher Madsen' <Kristopher.Madsen@stuarttinley.com>
**Cc:** Robert Livingston <Robert.Livingston@stuarttinley.com>; ahouchens@shg-law.com; rsmith@shg-law.com; seth.d.scott@gmail.com
**Subject:** RE: Subpoena directed to Ben Smith

[Quoted text hidden]



Virus-free. www.avg.com

**2 attachments**




**image002.png**
7K



**image004.jpg**
3K

---

**Aaron Houchens** <ahouchens@shg-law.com> Wed, Aug 2, 2017 at 2:01 PM
To: Seth Scott <seth.d.scott@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Maria Crimi Speth <mcs@jaburgwilk.com>
> **Date:** July 22, 2017 at 7:27:44 PM EDT
> **To:** 'Kristopher Madsen' <Kristopher.Madsen@stuarttinley.com>
> **Cc:** Robert Livingston <Robert.Livingston@stuarttinley.com>, "ahouchens@shg-law.com" <ahouchens@shg-law.com>, "rsmith@shg-law.com" <rsmith@shg-law.com>, "seth.d.scott@gmail.com" <seth.d.scott@gmail.com>
> **Subject: RE: Subpoena directed to Ben Smith**
>
> Kris and Rob:
>
> Pursuant to the settlement agreement, I am attaching a list of the objections that Xcentric will make to the subpoena that Stuart Tinley received from John Pitman. Once you let me know whether you have any documents responsive to category 7and 17, Xcentric's counsel will prepare a formal objection letter to

counsel for Mr. Pitman. Pursuant to our agreement, we request that you withhold the items objected to pending the resolution of our objections. Please let me know if you have any questions.

**MARIA CRIMI SPETH** | Shareholder | 602.248.1089

---

**From:** Kathy Mark [mailto:Kathy.Mark@stuarttinley.com] **On Behalf Of** Kristopher Madsen
**Sent:** Thursday, July 20, 2017 12:13 PM
**To:** Maria Crimi Speth
**Cc:** Kristopher Madsen; Robert Livingston; ahouchens@shg-law.com; rsmith@shg-law.com; seth.d.scott@gmail.com
**Subject:** Subpoena directed to Ben Smith

Maria:

I have received another inquiry from Aaron Houchens relative to the subpoena that was served on Ben Smith a number of months ago. As you might recall, we have not responded to that because we are awaiting your input as to what you believe we can provide. Ultimately, I think we need to identify the items you are going to object to, so that Mr. Houchens knows. If we cannot resolve what documents can be produced then we might need to get this in front of a judge.

I am copying Mr. Houchens and his colleagues in on this email as well so that hopefully a dialogue can begin.

I look forward to hearing from you.

Kristopher K. Madsen

Stuart Tinley Law Firm LLP

CenturyLink Building

310 W. Kanesville Blvd., 2nd Floor

P. O. Box 398

Council Bluffs, IA 51502

Telephone: 712.322.4033

Fax: 712.322.6243

Direct Email: madsen.kristopher@stuarttinley.com

This email and all attachments to this email are covered by the Electronic Communications Privacy Act is confidential and may contain attorney-client materials and/or privileged attorney work product that is protected from disclosure. See 18 U.S.C. §§ 2510-2521. This email is intended solely for the addressee(s) named in the header of this email. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email and are not the intended recipient, please call the Stuart Tinley Law Firm, LLP, immediately at 1.712.322.4033 and ask to speak to the sender. Alternatively, please reply to the sender with a message that you have received the email in error, then delete it and any and all copies of the email.

**5 attachments**



**image001.jpg**
1K


**image009.jpg**
1K



**image010.png**
8K



**image008.png**
23K


**Pitman subpoena.DOCX**
22K