IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Newport News Division)

| | |
|---|---|
| JOHN M. PITMAN, III, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> XCENTRIC VENTURES, LLC, *et al.*, <br><br> Defendants. | Civil Action No. 4:16-cv-00179 |

## DEFENDANTS ANNA RICHTER'S AND TRACEY RICHTER'S OPPOSITION TO PLAINTIFFS MOTION REGARDING THE SUFFICIENCY OF OBJECTIONS TO PLAINTIFFS' REQUESTS FOR ADMISSION

On August 29, 2017, defendants Anna Richter and Tracey Richter withdrew their objections to the requests for admissions and provided full responses. Therefore, this Motion is moot.

## CONCLUSION

For these reasons, defendant Anna Richter request that this Court deny Plaintiffs' Motion Regarding the Sufficiency of Objections to Plaintiffs' Requests for Admission to Anna Richter and Tracey Richter as moot.

Dated: August 30, 2017

                                          HARVEY & BINNALL, PLLC
                                          717 King Street, Suite 300
                                          Alexandria, Virginia 22314
                                          Tel: (703) 888-1943
                                          Fax: (703) 888-1930

                                          By:  /s/ Louise T. Gitcheva
                                          Jesse R. Binnall (VSB #79292)

jbinnall@harveybinnall.com
Louise T. Gitcheva (VSB #86200)
lgitcheva@harveybinnall.com

*Counsel for Anna Richter, Bert Pitman & Tracey A. Richter*

## **Certificate of Service**

      I hereby certify that on August 30, 2017, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record.

The foregoing was also sent via electronic mail to:

Darren Meade
DarrenMitchellMeade949@gmail.com

                                            By: /s/ Louise T. Gitcheva
                                            Louise T. Gitcheva (VSB #86200)
                                            HARVEY & BINNALL, PLLC
                                            717 King Street, Suite 300
                                            Alexandria, Virginia 22314
                                            Tel: (703) 888-1943
                                            lgitcheva@harveybinnall.com

                                            *Counsel for Anna Richter, Bert Pitman & Tracey A. Richter*