IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| **JOHN M. PITMAN, III,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No.: 4:16-cv-00179 |
| ) | |
| **XCENTRIC VENTURES, LLC,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## MEMORANDUM IN OPPOSITION OF EDWARD MAGEDSON AND XCENTRIC VENTURE, LLC'S MOTION FOR A PROTECTIVE ORDER

Plaintiffs, John M. Pitman ("Pitman") and Peninsula Plastic Surgery Center, LTD. ("PPS') (collectively the "Plaintiffs"), by counsel, submit the following Memorandum in Opposition of Edward Magedson and Xcentric Venture, LLC's Motion for a Protective Order. In support thereof, Plaintiffs state as follows:

### BACKGROUND

On August 17, 2017, Defendants Edward Magedson ("Magedson") and Xcentric Ventures, LLC ("Xcentric") moved this Court for entry of a Protective Order to stay discovery pending the resolution of the pending motion to dismiss. (Ecf. No. 102). Magedson and Xcentric predicted that the Plaintiffs' Amended Complaint would be dismissed and that such a dismissal would alleviate the need for each of them to respond to the Plaintiffs' discovery requests.

On August 29, 2017, this Court granted in part and denied in part, the Defendants Motions to Dismiss. In the main, the bulk of the Plaintiffs claims survived and the Defendants' predictions to the contrary were erroneous.

## ARGUMENT & AUTHORITIES

A.  **The Motion for a Protective Order Should be Denied as Moot**

Given the Court's Opinion and Order concerning Magedson and Xcentric's Motion to Dismiss, their Motion for a Protective Order lacks merit and should be denied as moot. At the heart of this matter is the Defendants refusal to produce relevant documents that are subject to a protective order in Iowa. As more fully stated in the Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion to Compel (Ecf. No. 104), Magedson and Xcentric cannot escape their obligations to produce the requested documents. Without the requested documents, the Plaintiffs are unable to adequately prepare for trial.

## CONCLUSION

For the foregoing reasons, this Court should deny the Defendants Motion for a Protective Order and enter an Order: (i) compelling both Xcentric Ventures, LLC and Edward Magedson to provide full and complete response to Plaintiffs' discovery requests; and (ii) for all other relief the Court deems necessary and proper.

Respectfully submitted,

JOHN M. PITMAN, III, and
PENINSULA PLASTIC SURGERY
CENTER, LTD

By: \_\_\_\_/s/ Aaron B. Houchens\_\_\_\_
Aaron B. Houchens (VSB #80489)
STANLEY & HOUCHENS, LLC
13508 Booker T. Washington Highway
Moneta, Virginia 24121
(540) 721-6028
(540) 721-6405 (facsimile)
ahouchens@shg-law.com

Aaron B. Houchens, Esq. (VSB #80489)
Seth D. Scott, Esq. (VSB#80907)
STANLEY & HOUCHENS, LLC
13508 Booker T. Washington Hwy.
Moneta, Virginia 24121
540-721-6028 (telephone)
540-721-6405 (facsimile)
ahouchens@shg-law.com
sscott@shg-law.com

*Counsel for Plaintiffs John M. Pitman, III and Peninsula Plastic Surgery Center, LTD.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David A. Warrington, Esq.
LeClair Ryan
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
Phone: (703) 647-5926
Fax: (703) 647-5966
david.warrington@leclairryan.com
 *Counsel for Defendant Xcentric Ventures, LLC and Edward Magedson*

Jesse R. Binnall, Esq.
Louise T. Gitcheva, Esq.
717 King Street, Suite 300
Alexandria, Virginia 22314
Phone: (703) 888-1930
jbinnall@harveybinnall.com
lgitcheva@harveybinnall.com
 *Counsel for Defendants Anna Richter, Bert Pitman, and Tracey Richter*

Darren M. Meade
darrenmitchellmeade949@gmail.com

/s/ Aaron B. Houchens
Aaron B. Houchens (VSB #80489)
STANLEY & HOUCHENS, LLC
13508 Booker T. Washington Highway
Moneta, Virginia 24121
(540) 721-6028
(540) 721-6405 (facsimile)
ahouchens@shg-law.com