# Exhibit B

## Aaron Houchens

**From:** Aaron Houchens <ahouchens@shg-law.com>
**Sent:** Wednesday, June 14, 2017 2:52 PM
**To:** Warrington, David A.
**Subject:** Re: Documents

Thank you

Sent from my iPhone

On Jun 14, 2017, at 2:06 PM, Warrington, David A. <David.Warrington@leclairryan.com> wrote:

> I'm stuck in an all day CLE in DC today through Friday. I've reached out to the client to find out what's going on with the settlement agreement in Iowa and for direction to respond to your request. I will get back to you after I have a chance to speak with the client.
>
> Sent with Good (www.good.com)
>
> **From:** Aaron Houchens
> **Sent:** Monday, June 12, 2017 11:56:23 AM
> **To:** Warrington, David A.; Seth Scott; David Holt; Rhonda Smith
> **Subject:** Documents
>
> David,
>
> Now that the protective order has been entered, are you able to produce additional documents? It seems that the documents produced by Ben Smith should be produced to us now as those are covered by the protective order in our case- which was approved by your client.
>
> Let me know your thoughts.
>
> Thanks,
>
> Aaron
>
> --
>
> -----
>
> Aaron B. Houchens, Esq.
>
> Stanley & Houchens, LLC
>
> Smith Mountain Lake Office:
> 13508 Booker T. Washington Hwy.

1

Moneta, Virginia 24121
(540) 721-6028

Roanoke/Salem Office:
113 East Main Street
Salem, VA 24153
(540) 389-4498

www.shg-law.com

This communication is confidential and is intended to be privileged pursuant to the attorney-client privilege and work product doctrine and/or is intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately.

* This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail with a copy to emailadministrator@leclairryan.com and delete this e-mail and all copies and attachments.