# Exhibit C

## Aaron Houchens

| | |
|---|---|
| **From:** | Aaron Houchens <ahouchens@shg-law.com> |
| **Sent:** | Thursday, July 20, 2017 12:06 PM |
| **To:** | 'Warrington, David A.' |
| **Cc:** | 'Rhonda Smith'; 'Seth Scott' |
| **Subject:** | Update |

David,

Where do we stand? I feel like I may need to file something to get this ball rolling unless I hear from you.

ABH

---

Aaron B. Houchens, Esq.
Stanley & Houchens, LLC

Smith Mountain Lake Office:
13508 Booker T. Washington Hwy.
Moneta, Virginia 24121
(540) 721-6028

Roanoke/Salem Office:
113 East Main Street
Salem, VA 24153
(540) 389-4498

www.shg-law.com

This communication is confidential and is intended to be privileged pursuant to the attorney-client privilege and work product doctrine and/or is intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately.