# Exhibit E

## Aaron Houchens

| | |
|---|---|
| **From:** | Aaron Houchens <ahouchens@shg-law.com> |
| **Sent:** | Thursday, April 20, 2017 7:31 AM |
| **To:** | 'Kristopher Madsen' |
| **Cc:** | 'Kathy Mark'; 'Seth Scott'; 'Robert Livingston'; 'Rhonda Smith' |
| **Subject:** | RE: Xcentric Ventures/Magedson v. Sac County/Smith |

Kris,

I hope trial prep is going well. I know you are up to you ass in alligators, but I am writing to follow up on the subpoena issue with Ben Smith. Things are growing restless in Virginia with Xcentric/Richters. When time permits, can you provide us with a list of the categories of documents which would be responsive to our subpoena?

Thanks again!

ABH

**From:** Kristopher Madsen [mailto:Kristopher.Madsen@stuarttinley.com]
**Sent:** Monday, April 10, 2017 12:08 PM
**To:** Aaron Houchens <ahouchens@shg-law.com>; Kristopher Madsen <Kristopher.Madsen@stuarttinley.com>
**Cc:** Kathy Mark <Kathy.Mark@stuarttinley.com>; seth.d.scott@gmail.com; Robert Livingston <Robert.Livingston@stuarttinley.com>
**Subject:** Re: Xcentric Ventures/Magedson v. Sac County/Smith

Aaron,

Sorry for the late response. 1:30 today our time, 2:30 eastern will work. Please call then.

Kris


STUART TINLEY Law Firm LLP

Kristopher K. Madsen
Stuart Tinley Law Firm LLP
CenturyLink Building
310 W. Kanesville Blvd., 2nd Floor
P. O. Box 398
Council Bluffs, Iowa 51502
Telephone: 712.322.4033
Fax: 712.322.6243
Direct Email: madsen.kristopher@stuarttinley.com

This email and all attachments to this email are covered by the Electronic Communications Privacy Act is confidential and may contain attorney-client materials and/or privileged attorney work product that is protected from disclosure. See 18 U.S.C. §§ 2510-2521. This

email is intended solely for the addressee(s) named in the header of this email. If you are not the intended recipient, you are hereby notifiedthat any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email and are not the intended recipient, please call the Stuart Tinley Law Firm, LLP, immediately at 1.712.322.4033 and ask to speak to the sender. Alternatively, please reply to the sender with a message that you have received the email in error, then delete it and any and all copies of the email.

**From:** Aaron Houchens <ahouchens@shg-law.com>
**Date:** Monday, April 10, 2017 at 7:06 AM
**To:** Kristopher Madsen <Kristopher.Madsen@stuarttinley.com>
**Cc:** Kathy Mark <Kathy.Mark@stuarttinley.com>, "seth.d.scott@gmail.com" <seth.d.scott@gmail.com>, Robert Livingston <Robert.Livingston@stuarttinley.com>
**Subject:** Re: Xcentric Ventures/Magedson v. Sac County/Smith

I can do 2:30 EST. Does that work?

On Mon, Apr 10, 2017 at 7:51 AM, Kristopher Madsen <Kristopher.Madsen@stuarttinley.com> wrote:

> How about this afternoon? Maybe 2:00 our time and 3:00 your time?
>
> Sent from my iPhone
>
> On Apr 10, 2017, at 6:48 AM, Aaron Houchens <ahouchens@shg-law.com> wrote:
>
>> Gentlemen,
>>
>> Is there a time we can talk today?
>>
>> Best,
>>
>> Aaron
>>
>> On Mon, Mar 20, 2017 at 2:54 PM, Kathy Mark <Kathy.Mark@stuarttinley.com> wrote:
>>
>>> Gentlemen:
>>>
>>> I hope all is well with you. I wanted to let you know that as of now, the case that has been filed by Ed Magedson/Xcentric Ventures is going forward with trial commencing May 15, 2017. The trial is expected to last two weeks.
>>>
>>> As you know, Dr. Pitman will end up being a critical witness for the defense of the case. Accordingly, we are hoping that he would be willing to come to Sioux City, Iowa to testify live at trial. We would, of course, reimburse him for any expenses associated with this.
>>>
>>> Do you mind discussing this with Dr. Pitman? We want to work out a time that is convenient for him. I would anticipate that we would not need his testimony until sometime during the second week of trial.

Please pass on our appreciation to Dr. Pitman. I know Ben Smith truly does appreciate all of Dr. Pitman's cooperation.

I look forward to hearing from you.

<image001.png>

Kristopher K. Madsen

Stuart Tinley Law Firm LLP

CenturyLink Building

310 W. Kanesville Blvd., 2nd Floor

P. O. Box 398

Council Bluffs, IA  51502

Telephone: 712.322.4033

Fax: 712.322.6243

Direct Email: madsen.kristopher@stuarttinley.com

This email and all attachments to this email are covered by the Electronic Communications Privacy Act is confidential and may contain attorney-client materials and/or privileged attorney work product that is protected from disclosure. See 18 U.S.C. §§ 2510-2521. This email is intended solely for the addressee(s) named in the header of this email. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email and are not the intended recipient, please call the Stuart Tinley Law Firm, LLP, immediately at 1.712.322.4033 and ask to speak to the sender. Alternatively, please reply to the sender with a message that you have received the email in error, then delete it and any and all copies of the email.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2016.0.8007 / Virus Database: 4756/14152 - Release Date: 03/20/17

--

-----

Aaron B. Houchens, Esq.

Stanley & Houchens, LLC

Smith Mountain Lake Office:
13508 Booker T. Washington Hwy.
Moneta, Virginia 24121
(540) 721-6028

Roanoke/Salem Office:
113 East Main Street
Salem, VA 24153
(540) 389-4498

www.shg-law.com

This communication is confidential and is intended to be privileged pursuant to the attorney-client privilege and work product doctrine and/or is intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately.

--

-----

Aaron B. Houchens, Esq.

Stanley & Houchens, LLC

Smith Mountain Lake Office:
13508 Booker T. Washington Hwy.
Moneta, Virginia 24121
(540) 721-6028

Roanoke/Salem Office:
113 East Main Street

Salem, VA 24153
(540) 389-4498

www.shg-law.com

This communication is confidential and is intended to be privileged pursuant to the attorney-client privilege and work product doctrine and/or is intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately.