# Exhibit F

## Aaron Houchens

| | |
|---|---|
| **From:** | Aaron Houchens <ahouchens@shg-law.com> |
| **Sent:** | Tuesday, April 25, 2017 7:56 AM |
| **To:** | 'Kristopher Madsen' |
| **Cc:** | 'Seth Scott'; 'David Holt'; 'Rhonda Smith' |
| **Subject:** | RE: Xcentric v. Smith |

Kris,

Thanks for taking the time to talk with me yesterday. I am glad your case is resolved and that you got a good result for your client. When you reach out to Xcentric's Iowa counsel let us know and we will do our best to be available to discuss how to handle the subpoena to Ben Smith.

Best,

Aaron

**From:** Kristopher Madsen [mailto:Kristopher.Madsen@stuarttinley.com]
**Sent:** Monday, April 24, 2017 3:50 PM
**To:** Aaron Houchens <ahouchens@shg-law.com>; Kristopher Madsen <Kristopher.Madsen@stuarttinley.com>
**Cc:** 'Seth Scott' <sscott@attorneys4injured.com>; 'David Holt' <dholt@attorneys4injured.com>
**Subject:** Re: Xcentric v. Smith

We have settled subject to agreeing on some non monetary terms which we are still working through. Call me and I will fill you in on what I can,

Kris



Kristopher K. Madsen

Stuart Tinley Law Firm LLP

CenturyLink Building

310 W. Kanesville Blvd., 2nd Floor

P. O. Box 398

Council Bluffs, Iowa 51502

1

Telephone: 712.322.4033

Fax: 712.322.6243

Direct Email: madsen.kristopher@stuarttinley.com

This email and all attachments to this email are covered by the Electronic Communications Privacy Act is confidential and may contain attorney-client materials and/or privileged attorney work product that is protected from disclosure. See 18 U.S.C. §§ 2510-2521. This email is intended solely for the addressee(s) named in the header of this email. If you are not the intended recipient, you are hereby notifiedthat any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email and are not the intended recipient, please call the Stuart Tinley Law Firm, LLP, immediately at 1.712.322.4033 and ask to speak to the sender. Alternatively, please reply to the sender with a message that you have received the email in error, then delete it and any and all copies of the email.

**From:** Aaron Houchens <ahouchens@shg-law.com>
**Organization:** Stanley & Houchens, LLC
**Date:** Monday, April 24, 2017 at 11:40 AM
**To:** Kristopher Madsen <Kristopher.Madsen@stuarttinley.com>
**Cc:** 'Seth Scott' <sscott@attorneys4injured.com>, 'David Holt' <dholt@attorneys4injured.com>
**Subject:** Xcentric v. Smith

Kris,

We heard through the grape vine that your case settled. I guess that is good news. Let us know when you have a moment to discuss.

Best,

Aaron

---
Aaron B. Houchens, Esq.
Stanley & Houchens, LLC

Smith Mountain Lake Office:
13508 Booker T. Washington Hwy.
Moneta, Virginia 24121
(540) 721-6028

Roanoke/Salem Office:
113 East Main Street
Salem, VA 24153
(540) 389-4498

www.shg-law.com

This communication is confidential and is intended to be privileged pursuant to the attorney-client privilege and work product doctrine and/or is intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately.

Virus-free. www.avg.com