Exhibit G

## Aaron Houchens

| | |
|---|---|
| **From:** | Aaron Houchens <ahouchens@shg-law.com> |
| **Sent:** | Thursday, June 1, 2017 7:42 AM |
| **To:** | 'Kristopher Madsen' |
| **Cc:** | 'Seth Scott'; 'David Holt'; 'Rhonda Smith' |
| **Subject:** | Protective Order Update |
| | |
| **Flag Status:** | Flagged |

Kris,

We are close to finalizing a protective order in the Virginia litigation.  Where do you guys stand on resolving the Xcentric litigation?  Are you any closer to producing documents pursuant to our subpoena?

ABH

Aaron B. Houchens, Esq.
Stanley & Houchens, LLC

Smith Mountain Lake Office:
13508 Booker T. Washington Hwy.
Moneta, Virginia 24121
(540) 721-6028

Roanoke/Salem Office:
113 East Main Street
Salem, VA 24153
(540) 389-4498

www.shg-law.com

This communication is confidential and is intended to be privileged  pursuant to the attorney-client privilege and work product doctrine  and/or is intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately.

 Virus-free. www.avg.com

1

## Aaron Houchens

| | |
|---|---|
| **From:** | Aaron Houchens <ahouchens@shg-law.com> |
| **Sent:** | Tuesday, June 13, 2017 11:16 AM |
| **To:** | 'Kathy Mark' |
| **Cc:** | 'Kristopher Madsen'; 'Robert Livingston'; 'Rhonda Smith'; 'Seth Scott' |
| **Subject:** | RE: Xcentric/Magedson v. Smith/Sac County |

Mark,

Any progress on your end?  We would like to get these document ASAP.

Thank you,

Aaron

**From:** Kathy Mark [mailto:Kathy.Mark@stuarttinley.com]
**Sent:** Friday, June 9, 2017 11:29 AM
**To:** ahouchens@shg-law.com
**Cc:** Kristopher Madsen <Kristopher.Madsen@stuarttinley.com>; Robert Livingston
<Robert.Livingston@stuarttinley.com>
**Subject:** Xcentric/Magedson v. Smith/Sac County

Aaron:

Was the Stipulated Protective Order that you sent me a copy of ever entered?  I have a conference call later this
morning with counsel for Xcentric and I would like to know whether the order has been entered so I can share it with
opposing counsel.  Let me know if you could.



Kristopher K. Madsen
Stuart Tinley Law Firm LLP
CenturyLink Building
310 W. Kanesville Blvd., 2nd Floor
P. O. Box 398
Council Bluffs, IA  51502
Telephone: 712.322.4033
Fax: 712.322.6243
Direct Email: madsen.kristopher@stuarttinley.com

This email and all attachments to this email are covered by the Electronic Communications Privacy Act is confidential and may contain
attorney-client materials and/or privileged attorney work product that is protected from disclosure.  See 18 U.S.C. §§ 2510-2521.  This
email is intended solely for the addressee(s) named in the header of this email.  If you are not the intended recipient, you are hereby
notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received

this email and are not the intended recipient, please call the Stuart Tinley Law Firm, LLP, immediately at 1.712.322.4033 and ask to speak to the sender.  Alternatively, please reply to the sender with a message that you have received the email in error, then delete it and any and all copies of the email.