# Exhibit I

## Aaron Houchens

**From:** Aaron Houchens <ahouchens@shg-law.com>
**Sent:** Sunday, July 23, 2017 3:38 PM
**To:** 'Maria Crimi Speth'; 'Kristopher Madsen'
**Cc:** 'Robert Livingston'; 'rsmith@shg-law.com'; 'seth.d.scott@gmail.com'
**Subject:** RE: Subpoena directed to Ben Smith

Maria/Kris,

I see there a number of category of documents to which there is no objection.  Can you agree to produce responsive documents to the requests to which there are no objections now?

Thanks,

Aaron

**From:** Maria Crimi Speth [mailto:mcs@jaburgwilk.com]
**Sent:** Saturday, July 22, 2017 7:28 PM
**To:** 'Kristopher Madsen' <Kristopher.Madsen@stuarttinley.com>
**Cc:** Robert Livingston <Robert.Livingston@stuarttinley.com>; ahouchens@shg-law.com; rsmith@shg-law.com; seth.d.scott@gmail.com
**Subject:** RE: Subpoena directed to Ben Smith

Kris and Rob:

Pursuant to the settlement agreement, I am attaching a list of the objections that Xcentric will make to the subpoena that Stuart Tinley received from John Pitman. Once you let me know whether you have any documents responsive to category 7 and 17, Xcentric's counsel will prepare a formal objection letter to counsel for Mr. Pitman.  Pursuant to our agreement, we request that you withhold the items objected to pending the resolution of our objections. Please let me know if you have any questions.

**MARIA CRIMI SPETH** | Shareholder | 602.248.1089
**JABURG | WILK**
Attorneys at Law    

**From:** Kathy Mark [mailto:Kathy.Mark@stuarttinley.com] **On Behalf Of** Kristopher Madsen
**Sent:** Thursday, July 20, 2017 12:13 PM
**To:** Maria Crimi Speth
**Cc:** Kristopher Madsen; Robert Livingston; ahouchens@shg-law.com; rsmith@shg-law.com; seth.d.scott@gmail.com
**Subject:** Subpoena directed to Ben Smith

Maria:

I have received another inquiry from Aaron Houchens relative to the subpoena that was served on Ben Smith a number of months ago.  As you might recall, we have not responded to that because we are awaiting your input as to what you believe we can provide.  Ultimately, I think we need to identify the items you are going to object to, so that Mr.

1

Houchens knows. If we cannot resolve what documents can be produced then we might need to get this in front of a judge.

I am copying Mr. Houchens and his colleagues in on this email as well so that hopefully a dialogue can begin.

I look forward to hearing from you.



Kristopher K. Madsen
Stuart Tinley Law Firm LLP
CenturyLink Building
310 W. Kanesville Blvd., 2nd Floor
P. O. Box 398
Council Bluffs, IA  51502
Telephone: 712.322.4033
Fax: 712.322.6243
Direct Email: madsen.kristopher@stuarttinley.com

This email and all attachments to this email are covered by the Electronic Communications Privacy Act is confidential and may contain attorney-client materials and/or privileged attorney work product that is protected from disclosure. See 18 U.S.C. §§ 2510-2521. This email is intended solely for the addressee(s) named in the header of this email. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email and are not the intended recipient, please call the Stuart Tinley Law Firm, LLP, immediately at 1.712.322.4033 and ask to speak to the sender. Alternatively, please reply to the sender with a message that you have received the email in error, then delete it and any and all copies of the email.