# Exhibit J

# Aaron Houchens

| | |
|---|---|
| **From:** | Aaron Houchens <ahouchens@shg-law.com> |
| **Sent:** | Friday, August 11, 2017 7:47 AM |
| **To:** | Kristopher Madsen |
| **Cc:** | Rhonda Smith; Seth Scott; Robert Livingston |
| **Subject:** | Re: Subpoena |
| **Flag Status:** | Flagged |

Thank you. We look forward to getting with Rob next week

Sent from my iPhone

On Aug 11, 2017, at 6:57 AM, Kristopher Madsen <Kristopher.Madsen@stuarttinley.com> wrote:

> Aaron,
>
> Sorry for the late response. I am out of the office until Aug.21. My partner Rob Livingston is returning from vacation Monday and can hopefully coordinate with you next week the production of the documents. I am copying him in on this email.
>
> Kris
>
> Sent from my iPhone
>
> On Aug 9, 2017, at 7:56 PM, Aaron Houchens <ahouchens@shg-law.com> wrote:
>
>> Kris,
>>
>> I am in receipt of Maria's objections. It appears that she did not object to the majority of our requests. Can you produce documents responsive to the requests for which there is no objection? We are dangerously close to our discovery cut off and our subpoena has been outstanding for some time. We would love to avoid having to seek court intervention to enforce the subpoena.
>>
>> Perhaps we should set a time tomorrow to discuss?
>>
>> As always, thanks for your help!
>>
>> Best,
>>
>> Aaron
>>
>> ---
>> Aaron B. Houchens, Esq.
>> Stanley & Houchens, LLC
>>
>> Smith Mountain Lake Office:
>> 13508 Booker T. Washington Hwy.

1

Moneta, Virginia 24121
(540) 721-6028

Roanoke/Salem Office:
113 East Main Street
Salem, VA 24153
(540) 389-4498


www.shg-law.com

This communication is confidential and is intended to be privileged pursuant to the attorney-client privilege and work product doctrine and/or is intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately.

Virus-free. www.avg.com

## Aaron Houchens

**From:** Aaron Houchens <ahouchens@shg-law.com>
**Sent:** Friday, August 25, 2017 4:07 PM
**To:** Robert Livingston
**Cc:** Seth Scott; Kristopher Madsen; Rhonda Smith
**Subject:** Re: Ben Smith Subpoena

Robert,

Any update to the technical issues you were experiencing earlier this week?

Best,

Aaron

 Virus-free. www.avg.com

On Mon, Aug 21, 2017 at 11:26 AM, Robert Livingston <Robert.Livingston@stuarttinley.com> wrote:
Seth and Aaron,

This morning while working on the response a hard drive failed. We are working to remedy the situation. Our tech folks will try to rebuild the drive and then we'll seek alternative methods to get that drive back up and running. IF that does not work, we'll secure the data from the originals. This will delay our response. I cannot predict at this moment the additional time. Will be in a better position when I hear back from our tech folks.

Rob



**Robert M. Livingston**
310 West Kanesville Boulevard
Century Link Building, Second Floor
Council Bluffs, Iowa 51503
Voice: 712.322.4033
Fax: 712.322.6243
Email: livingston.robert@stuarttinley.com

Website: www.stuarttinleylaw.com

This email and all attachments to this email are covered by the Electronic Communications Privacy Act is confidential and may contain attorney-client materials and/or privileged attorney work product that is protected from disclosure. See 18 U.S.C. §§ 2510-2521. This email is intended solely for the addressee(s) named in the header of this email. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email and are not the intended recipient, please call the Stuart Tinley Law Firm, LLP, immediately at 1.712.322.4033 and ask to speak to the sender. Alternatively, please reply to the sender with a message that you have received the email in error, then delete it and any and all copies of the email.

**From:** Seth Scott <seth.d.scott@gmail.com>
**Date:** Monday, August 21, 2017 at 9:24 AM
**To:** Aaron Houchens <ahouchens@shg-law.com>, Robert Livingston <robert.livingston@stuarttinley.com>
**Cc:** Kristopher Madsen <Kristopher.Madsen@stuarttinley.com>, Rhonda Smith <rsmith@shg-law.com>
**Subject:** Re: Ben Smith Subpoena

Peninsula Plastic Surgery...it is Dr. Pitman's plastic surgery practice.

On Mon, Aug 21, 2017 at 10:23 AM Robert Livingston <Robert.Livingston@stuarttinley.com> wrote:
> Seth,
>
> In subpoena request #8, it references "PPS." What is "PPS"?
>
> Please advise.
>
> Rob
>
> ———
>
> Robert M. Livingston
> 310 West Kanesville Boulevard
> Century Link Building, Second Floor
> Council Bluffs, Iowa 51503
> Voice: 712.322.4033
> Fax: 712.322.6243
> Email: livingston.robert@stuarttinley.com
>
> Website: www.stuarttinleylaw.com
>
> This email and all attachments to this email are covered by the Electronic Communications Privacy Act is confidential and may contain attorney-client materials and/or privileged attorney work product that is protected from disclosure. See 18 U.S.C. §§ 2510-2521. This email is intended solely for the addressee(s) named in the header of this email. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email and are not the intended recipient, please call the Stuart Tinley Law Firm, LLP, immediately at 1.712.322.4033 and ask to speak to the sender. Alternatively, please reply to the sender with a message that you have received the email in error, then delete it and any and all copies of the email.

**From:** Seth Scott <seth.d.scott@gmail.com>
**Date:** Monday, August 14, 2017 at 3:57 PM
**To:** Aaron Houchens <ahouchens@shg-law.com>, Robert Livingston <robert.livingston@stuarttinley.com>
**Cc:** Kristopher Madsen <Kristopher.Madsen@stuarttinley.com>, Rhonda Smith <rsmith@shg-law.com>
**Subject:** Re: Ben Smith Subpoena

Rob,

That works for me. Aaron has some other obligations, but I will give you a call then.

Thanks,

Seth

On Mon, Aug 14, 2017 at 3:48 PM Robert Livingston <Robert.Livingston@stuarttinley.com> wrote:
> Aaron,

Can we visit tomorrow at 11 am central?

Rob

---

Robert M. Livingston
310 West Kanesville Boulevard
Century Link Building, Second Floor
Council Bluffs, Iowa 51503
Voice: 712.322.4033
Fax: 712.322.6243
Email: livingston.robert@stuarttinley.com

Website: www.stuarttinleylaw.com

This email and all attachments to this email are covered by the Electronic Communications Privacy Act is confidential and may contain attorney-client materials and/or privileged attorney work product that is protected from disclosure. See 18 U.S.C. §§ 2510-2521. This email is intended solely for the addressee(s) named in the header of this email. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this email and are not the intended recipient, please call the Stuart Tinley Law Firm, LLP, immediately at 1.712.322.4033 and ask to speak to the sender. Alternatively, please reply to the sender with a message that you have received the email in error, then delete it and any and all copies of the email.

---

**From:** Aaron Houchens <ahouchens@shg-law.com>
**Organization:** Stanley & Houchens, LLC
**Date:** Monday, August 14, 2017 at 1:57 PM
**To:** Robert Livingston <robert.livingston@stuarttinley.com>
**Cc:** 'Seth Scott' <seth.d.scott@gmail.com>, 'Rhonda Smith' <rsmith@shg-law.com>, Kristopher Madsen <Kristopher.Madsen@stuarttinley.com>
**Subject:** Ben Smith Subpoena

Robert,

I hope you had a nice vacation. I am following up on Mr. Madsen's email from last week. Do you have some time today or tomorrow to discuss how to handle the production of documents responsive to our subpoena?

Thanks,

Aaron

---

Seth D. Scott
(540) 892-6552
seth.d.scott@gmail.com

3

http://www.linkedin.com/in/sethdscott/

--

-----

Aaron B. Houchens, Esq.

Stanley & Houchens, LLC

Smith Mountain Lake Office:
13508 Booker T. Washington Hwy.
Moneta, Virginia 24121
(540) 721-6028

Roanoke/Salem Office:
113 East Main Street
Salem, VA 24153
(540) 389-4498

www.shg-law.com

This communication is confidential and is intended to be privileged pursuant to the attorney-client privilege and work product doctrine and/or is intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately.