## Aaron Houchens

| | |
|---|---|
| **From:** | Warrington, David A. <David.Warrington@leclairryan.com> |
| **Sent:** | Friday, September 15, 2017 6:22 PM |
| **To:** | 'Aaron Houchens'; 'Seth Scott'; 'Rhonda Smith' |
| **Subject:** | RE: Deficiency Letter to Xcentric |

Aaron,
In my calendar I have the discovery responses for Magedson due on 9/25.  They were served on 8/25 and under the Federal Rules responses are due 30 days (Virginia is 21 days).  With that being said, as a courtesy I'll try and have them to you by 9/22 as I know we are all now pressed for time in this case.
Have a great weekend too!
Dave


**David A. Warrington**
**Attorney at Law**
LECLAIRRYAN
2318 Mill Road, Suite 1100
Alexandria, Virginia 22314
(703) 647-5926 Direct
(703) 647-5966 Fax
David.Warrington@leclairryan.com
https://www.leclairryan.com

Please consider the environment before printing this email.


**From:** Aaron Houchens [mailto:ahouchens@shg-law.com]
**Sent:** Friday, September 15, 2017 3:46 PM
**To:** Warrington, David A.; 'Seth Scott'; 'Rhonda Smith'
**Subject:** FW: Deficiency Letter to Xcentric

Dave,

It was nice talking to you last night.  We know you have a lot going on right now, but we really need to get complete responses to our discovery requests.  I am reattaching our deficiency letter.  It has been over a month since you notified you of these deficiencies, but have not received a response.  The Court is clearly going to make us provide complete responses and we would like to avoid a Motion to Compel.

Also, Magedson's discovery responses are overdue.  When will those responses be propounded?

We need to have complete discovery responses from each of your clients by September 22, 2017.

Thank you,

Aaron

**From:** Seth Scott [mailto:sscott@shg-law.com]
**Sent:** Thursday, August 17, 2017 10:31 AM

1

**To:** David.Warrington@leclairryan.com
**Cc:** Aaron Houchens <ahouchens@shg-law.com>; Rhonda Smith <rsmith@shg-law.com>
**Subject:** Deficiency Letter to Xcentric

David,

Please see attached.  I am mailing a hard copy out today.

Thanks,

Seth

– – –

Seth D. Scott, Esq.

Stanley & Houchens, LLC

Smith Mountain Lake Office:
13508 Booker T. Washington Hwy.
Moneta, Virginia 24121
(540) 721-6028

Roanoke/Salem Office:
113 East Main Street
Salem, VA 24153
(540) 389-4498

 www.shg-law.com

This communication is confidential and is intended to be privileged  pursuant to the attorney-client privilege and work product doctrine  and/or is intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately.

Virus-free. www.avg.com

* This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail with a copy to emailadministrator@leclairryan.com and delete this e-mail and all copies and attachments.