# Aaron Houchens

| | |
|---|---|
| **From:** | Aaron Houchens <ahouchens@shg-law.com> |
| **Sent:** | Friday, September 15, 2017 6:29 PM |
| **To:** | 'Warrington, David A.' |
| **Cc:** | 'Rhonda Smith'; 'Seth Scott' |
| **Subject:** | FW: First Discovery Requests to Magedson |
| **Attachments:** | 8.4.17 First Discovery to Magedson.pdf; 8.4.17 First Discovery to Magedson.docx |

Dave,

Sorry if I was unclear, I was talking about these requests. They were served on 8/4. We have not seen responses to these requests. Now, things have been hectic so I am not sure if response were sent and we missed them.

Thank you!

Aaron

**From:** Seth Scott [mailto:sscott@shg-law.com]
**Sent:** Friday, August 4, 2017 11:23 AM
**To:** David.Warrington@leclairryan.com
**Cc:** Jesse Binnall <jbinnall@harveybinnall.com>; lgitcheva@harveybinnall.com; Aaron Houchens <ahouchens@shg-law.com>; Rhonda Smith <rsmith@shg-law.com>
**Subject:** First Discovery Requests to Magedson

David,

Please find attached Plaintiffs' First Discovery Requests to Mr. Magedson. I have also attached a Word version for your convenience. I will mail a hard copy out today.

Thanks,

Seth


--

— — —

Seth D. Scott, Esq.

Stanley & Houchens, LLC


Smith Mountain Lake Office:
13508 Booker T. Washington Hwy.
Moneta, Virginia 24121
(540) 721-6028

Roanoke/Salem Office:
113 East Main Street
Salem, VA 24153
(540) 389-4498

www.shg-law.com

This communication is confidential and is intended to be privileged  pursuant to the attorney-client privilege and work product doctrine  and/or is intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately.